NO. PD-_____

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

| | | |
|---|---|---|
| MIGUEL RAMIREZ | ) | APPELLANT |
| v. | ) | |
| THE STATE OF TEXAS | ) | APPELLEE |

FILED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Miguel Ramirez, Appellant in the above styled and numbered cause, and pursuant to Texas Rules of Appellate Procedure 68.2(c), moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1. Following remand from this Court, the Second District Court of Appeals on April 30, 2015, affirmed appellant's conviction in its opinion and judgment in *Miguel Ramirez v. The State of Texas*, Case No. 02-14-00386-CR, (Tex.App.—Fort Worth, decided April 30, 2015); no motion for rehearing was filed and the petition for discretionary review was therefore due on May 30, 2015.

2. Appellant requests an additional thirty (30) days from the deadline stated above and Appellant asks this Court to order the petition to be due on or before June 29, 2015 file his Petition for Discretionary Review.

3. No previous extensions have been requested.

4. The facts relied upon to reasonably explain the need for an extension of time are as follows: Appellant is considering to file a petition for discretionary review (PDR). Appellant is currently seeking legal counsel and may not have sufficient time to prepare the PDR.

---

**MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, Page 1**

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests an extension of 30 days, i.e. until June 29, 2015, to file a petition for discretionary review.

Respectfully submitted,

By:_____

Miguel Ramirez
2035 Sancerre Ln.
Carrollton, Texas 75007

APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on June 3, 2015, a true and correct copy of the above and foregoing document was served upon the State of Texas by U.S. Mail addressed to the Hon. Paul Johnson, Criminal District Attorney, Attn: Appellant Counsel, 1450 East McKinney, Denton, Texas 76209.

_____
Miguel Ramirez